JESSIE McKITTRICK ET AL., RESPONDENTS, v. DUGAN BROTHERS OF NEW JERSEY, INCORPORATED, APPELLANT.

Submitted May 27, 1938—Decided September 16, 1938.

For the respondents, *Ezra W. Karkus.*

For the appellant, *Coult, Satz & Tomlinson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.